

# CHRIS DANIEL

01-15-00532-CR

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/11/2015 7:51:45 AM
CHRISTOPHER A. PRINE
Clerk

June 8, 2015

HONORABLE KATHERINE CABANISS
248TH DISTRICT COURT
HARRIS COUNTY
HOUSTON, TX

Defendant's Name: ROMELO HERNANDEZ DIAZ

Cause No: 1453096

Court: 248TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 6/4/15
**Sentence Imposed Date:** 6/4/15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

S. NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

LOUISE STECKLER (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin P.O. Box 4651 Houston, Texas 77210-4651

Cause No. 1453096

THE STATE OF TEXAS

Romulo Hernandez Diaz AKA/

V

___248th___ District Court / County Criminal Court at Law No. _____

Harris County, Texas

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

On ___6/4/15___ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

FILED
Chris Daniel
District Clerk
JUN 04 2015
Time: _____
Harris County, Texas
By _____ Deputy

The undersigned attorney (check appropriate box):

☒ MOVES to withdraw.
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

___JUN 04 2015___ 2015

**Date**

Romulo Hernandez Diaz

**Defendant (Printed name)**

**Attorney (Signature)**

JUAN J. AGUIRRE

**Attorney (Printed name)** 1919 North Loop W; Ste 310
Houston, TX 77008.
Voice: 713.677.0765
**State Bar Number** Fax: 713.677.0754
aguirrelaw@comcast.net
SBN: 24031692
**Address** SPN: 01897715

**Telephone Number**

The defendant (check all that apply):

☐ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☐ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

**Defendant (Signature)**

Romulo Hernandez Diaz

**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON ___JUN 04 2015___ 2015

By Deputy District Clerk of Harris County _____

# ORDER

On _____ JUN 0 4 2015 ____ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time.

☐ IS indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☐ employing counsel and/or paying for a clerk's and court reporter's record.

The Court ORDERS that

☒ Counsel's motion to withdraw is GRANTED / DENIED.

☐ Defendant / appellant's motion (to be found indigent) is DENIED.

☒ Defendant's / appellant's motion is GRANTED and

    ☐ Attorney _____

        Bar Card Number_____ SPN Number _____

        is APPOINTED to represent defendant / appellant on appeal.

    ☐ Harris County Public Defender's Office (HCPD) is APPOINTED to represent
        defendant/appellant on appeal.
        Assistant Public Defender Assigned by HCPD _____
        Bar Card Number_____ SPN Number _____

☒ The COURT REPORTER is ORDERED to prepare and file the reporter's record without charge to defendant / appellant.

BAIL IS:

☐ SET at $_____.

☐ TO CONTINUE as presently set.

☒ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: _____ JUN 0 4 2015 _____

JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO.
HARRIS COUNTY, TEXAS.



Cause No. 1453096

THE STATE OF TEXAS

v.

Romulo Hernandez Diaz, Defendant

IN THE 248th DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. ____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [X] is not a plea-bargain case, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [or]
- [ ] the defendant has waived the right of appeal.

Judge

Date Signed  JUN 0 4 ~~2016~~ 2015

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

Defendant

Mailing Address: **FILED**

Chris Daniel
District Clerk

Telephone number:

Fax number (if any): JUN 0 4 2015

Time:

Harris County, Texas

By_____
        Deputy

Defendant's Counsel

State Bar of Texas ID number:

Mailing Address:

Telephone number:

Fax number (if any):

**JUAN J. AGUIRRE**
1415 North Loop W; Ste 310
Houston, TX 77008
Voice: 713.677.0765
Fax: 713.677.0754
aguirrelaw@comcast.net
SBN: 24031692
SPN: 01897715

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

9/1/2011

# APPEAL CARD

8-3-15

Court **248**

Cause No. **1453096**

## The State of Texas
### Vs
**DIAZ, ROMELO HERNANDEZ**

Date Notice
Of Appeal: **JUN 0 4 2015**    6-4-15

Presentation:            Vol._____ Pg._____

Judgment:               Vol._____ Pg._____

Judge Presiding **Cabaniss, Katherine**
Court Reporter **Steckler, Louis**
Court Reporter_____
Court Reporter_____

Attorney
on Trial **Aguirre, Ivan Jose**

Attorney
on Appeal_____

Appointed_____ Hired_____

Offense **Indecency Child - TG**

Jury Trial:       Yes **✓** No_____

Punishment
Assessed **40 yrs TDC, $10,000 fine**

Companion Cases
(If Known) **1337682, 1453097**

Amount of
Appeal Bond **0**

Appellant
Confined:       Yes_____ No_____

Date Submitted
To Appeal Section_____

Deputy Clerk_____